UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GEMCAP LENDING I, LLC, | ) | Case No.: 2:19-cv-08008-SVW-JC |
|---|---|---|
| Plaintiff, | ) ) ) | Judge: Honorable Stephen V. Wilson |
| vs. | ) ) ) | Magistrate: Honorable Jacqueline Chooljian |
| R. JOHN TAYLOR., | ) ) ) ) ) | **[PROPOSED] ORDER GRANTING DEFENDANT R. JOHN TAYLOR'S EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| Defendant. | ) | |

Having considered the Ex Parte Application of Defendant R. John Taylor to Extend Defendant's Time to Respond to the Complaint.  Finding GOOD CAUSE, the Court hereby orders that Defendant R. John Taylor shall have up to and including November 7, 2019 to respond to the Complaint.

**IT IS SO ORDERED.**

DATED: _____

_____
Judge Stephen V. Wilson
United States District Judge